PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FILED

FEB 0 7 2005

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

FOR THE

Western District of Texas-Waco Division

UNITED STATES OF AMERICA

v.

JIMMY PAUL

Crim. No.   W-03-CR-046(04)

On _____ July 25, 2003 _____ the above named probationer was placed on probation for a period of

three years.  The probationer has complied with the rules and regulations of probation and is no longer in need of

supervision.  It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

_____
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the

proceedings in the case be terminated.

Dated this _____ 7 _____ day of ____ February ____ , 20 _05_ .

_____
Chief U.S. District Judge